

HUNTON ANDREWS KURTH LLP
FOUNTAIN PLACE
1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202-2799

TEL   214 • 979 • 3000
FAX   214 • 880 • 0011

AMBER M. ROGERS
DIRECT DIAL: 214 • 468 • 3308
EMAIL: arogers@HuntonAK.com

September 27, 2024

The Honorable Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   Emergency Motion for Injunction Pending Appeal and Administrative Stay
      *Amazon.com Services LLC v. National Labor Relations Board*, No. 24-50761

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 27.3, Appellant Amazon.com Services LLC ("Amazon") has filed an Emergency Motion for Injunction Pending Appeal and Administrative Stay. Amazon requests that the Court issue an administrative stay of the ongoing National Labor Relations Board ("NLRB") proceedings pending a decision on the Emergency Motion because, as explained in the Emergency Motion and below, Amazon faces irreparable constitutional harm if the requested relief is not granted no later than **Monday, September 30, 2024.**

Amazon is being subjected to NLRB proceedings that violate the Constitution because (1) Board Members are improperly insulated from removal in violation of Article II of the Constitution, (2) the Board is adjudicating private rights without a jury trial in violation of the Seventh Amendment, and (3) the Board's actions violate the separation of powers and Amazon's due process rights.

Amazon filed this lawsuit on September 5, 2024, less than a week after the Board indicated that it was proceeding to a final decision in a pending unfair labor practice proceeding against the company. After the Board refused to stay the



proceedings to accommodate judicial review—an action the Board could take at any time—Amazon moved for a temporary restraining order and preliminary injunction. After acceding to a temporary extension of time for the company to respond to the final briefing order in the Board proceeding—after which the Board may act at any time—the Board has refused to extend that time beyond today, September 27. Once that deadline passes, the matter will be ripe and the Board may enter a final decision against Amazon, thus forcing Amazon to undergo a proceeding before Board Members who are unconstitutionally protected from removal by the President of the United States.[1]

Despite this imminent possibility, which Amazon has stressed on multiple occasions, and which the Board has not disavowed, the district court has not ruled on Amazon's requests for preliminary relief. As recently as yesterday, the Board again refused Amazon's request to stay the administrative proceedings. In these circumstances, where the district court has effectively denied Amazon preliminary relief in time to alleviate ongoing and impending further irreparable harm, Amazon has no choice but to ask this Court for an injunction pending appeal.[2]

---

[1] "[T]he loss of constitutional freedoms for even minimal periods of time…unquestionably constitutes irreparable injury." *BST Holdings, LLC v. OSHA*, 17 F.4th 604, 618 (5th Cir. 2021) (internal quotations omitted). When a constitutional right is "either threatened or in fact being impaired at the time relief was sought," preliminary injunctive relief is appropriate. *Elrod v. Burns*, 427 U.S. 347, 373 (1976); *see, e.g.*, *Axon Enter., Inc. v. FTC*, 598 U.S. 175, 191 (2023) (recognizing that "being subjected to unconstitutional agency authority," including "a proceeding by an unaccountable ALJ," is a "here-and-now injury") (internal quotations omitted).

[2] *See, e.g.*, *In re Fort Worth Chamber of Com.*, 100 F.4th 528, 532 (5th Cir. 2024) ("An effective denial of a preliminary injunction is an appealable order."); *Clarke v. Commodity Futures Trading Comm'n*, 74 F.4th 627, 635 (5th Cir. 2023) (finding appellate jurisdiction present under 28 U.S.C. § 1292(a)(1) when the district court's actions "while not explicitly denying a preliminary injunction, nonetheless ha[ve] the practical effect of doing so and might cause irreparable harm absent immediate appeal") (internal quotations omitted).



The Honorable Lyle W. Case
September 27, 2024
Page 3

Amazon meets the requirements for emergency relief under Fifth Circuit Rule 27.3 and satisfies all four preliminary injunction factors. Amazon has conferred and notified the clerk that the emergency motion will be filed, and has also conferred with counsel for Defendants and the Intervenor, who both oppose the motion. Amazon therefore respectfully requests that the Court impose an administrative stay pending a decision on the Emergency Motion. Absent an administrative stay, Amazon requests a ruling on the Emergency Motion no later than **Monday, September 30, 2024.**

Sincerely,

*Amber M. Rogers*

Amber M. Rogers

cc: Kurt G. Larkin
      Counsel of Record