

HUNTON ANDREWS KURTH LLP
FOUNTAIN PLACE
1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202-2799

TEL 214 • 979 • 3000
FAX 214 • 880 • 0011

AMBER M. ROGERS
DIRECT DIAL: 214 • 468 • 3308
EMAIL: arogers@HuntonAK.com

September 30, 2024

**Via CM/ECF**

The Honorable Lyle W. Cayce
Clerk, U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
600 S. Maestria Place, Suite 115
New Orleans, LA 70130

**Re:** *Amazon.com v. NLRB*, No. 24-50761

Dear Mr. Cayce:

Pursuant to Fed. R. App. P. 28(j), Plaintiff-Appellant Amazon.com Services, LLC ("Amazon") provides this response to the letter filed earlier today by Defendants-Appellants National Labor Relations Boart, *et al.* (the "Board").

The Board draws this Court's attention to the Order entered by the District Court last evening purporting to grant the Board's transfer motion and deny Amazon's motion for a temporary restraining order. The Board omits, however, that the District Court lacked jurisdiction to enter that Order. *See In re Fort Worth Chamber of Commerce*, 100 F.4th 528, 536 (5th Cir. 2024) (explaining that "[t]he filing of a timely and sufficient notice of appeal transfers jurisdiction over matters involved in the appeal from the district court to the court of appeals," including "jurisdiction to transfer the case"). Orders entered by a court without jurisdiction are a legal nullity. *See Burnham v. Superior Court of Calif.*, 495 U.S. 604, 608-609 (1990).

In all events, the District Court's Order contains scant analysis of the issues raised in Amazon's Emergency Motion for Injunction Pending Appeal and thus contains little, if any, persuasive value to the issues before this Court. *Compare* Emergency



Motion, CA5 Dkt. No. 11-1, at 11-19 (raising constitutional challenges to the Board's proceedings based on violations of Article II, the Seventh Amendment, and the separation of powers), *with* Order, D. Ct. Dkt. No. 34, at 13 (purporting to deny TRO based solely on the conclusory assertion that the threat of irreparable harm under the Seventh Amendment is speculative, leaving Amazon's other constitutional arguments unaddressed).

Sincerely,

*s/Amber M. Rogers*

Amber M. Rogers

cc:    Counsel of Record