# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 6, 2025
Lyle W. Cayce
Clerk

No. 24-50761

AMAZON.COM SERVICES LLC,

*Plaintiff—Appellant,*

versus

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *In her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN KAPLAN, CHAIRMAN, NATIONAL LABOR RELATIONS BOARD, *In his official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *In their official capacities as Board Members of the National Labor Relations Board*; GWYNNE A. WILCOX, *In their official capacities as Board Members of the National Labor Relations Board*; DAVID M. PROUTY, *In their official capacities as Board Members of the National Labor Relations Board*,

*Defendants—Appellees,*

TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,

*Intervenor.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-1000

JUDGMENT

Before RICHMAN, GRAVES, and RAMIREZ, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.