# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2025
Lyle W. Cayce
Clerk

No. 24-50761

AMAZON.COM SERVICES LLC,

*Plaintiff—Appellant,*

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *In her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN KAPLAN, CHAIRMAN, NATIONAL LABOR RELATIONS BOARD, *In his official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *In their official capacities as Board Members of the National Labor Relations Board*; GWYNNE A. WILCOX, *In their official capacities as Board Members of the National Labor Relations Board*; DAVID M. PROUTY, *In their official capacities as Board Members of the National Labor Relations Board*,

*Defendants—Appellees,*

TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,

*Intervenor.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-1000

_____

ORDER:

No. 24-50761

The order withholding issuance of the mandate in this appeal is **VACATED**.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT