# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 2, 2025
Lyle W. Cayce
Clerk

No. 24-50761

---

AMAZON.COM SERVICES LLC,

*Plaintiff—Appellant*,

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *In her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN KAPLAN, CHAIRMAN, NATIONAL LABOR RELATIONS BOARD, *In his official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *In their official capacities as Board Members of the National Labor Relations Board*; GWYNNE A. WILCOX, *In their official capacities as Board Members of the National Labor Relations Board*; DAVID M. PROUTY, *In their official capacities as Board Members of the National Labor Relations Board*,

*Defendants—Appellees*,

TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,

*Intervenor*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-1000

---

ON PETITION FOR REHEARING EN BANC

Before Richman, Graves, and Ramirez, *Circuit Judges*.

Per Curiam:

    Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.

---

*Judge James L. Dennis, did not participate in the consideration of the rehearing en banc.